# Third District Court of Appeal

## State of Florida

Opinion filed April 29, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-0339
Lower Tribunal No. F06-31737
_____

**Norman Williams,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Norman Williams, in proper person.

James Uthmeier, Attorney General, for appellee.

Before SCALES, C.J., and GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.